**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SHERYL D. TAYLOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-2929 |
| | § | |
| OCWEN LOAN SERVICING, LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

In light of this court's July 16, 2013 order staying these proceedings for 90 days, the deadline

for the parties to submit their joint proposed pretrial order is set for January 17, 2014.  Docket call

is rescheduled for **January 24, 2014 at 2:30 p.m.** in Courtroom 11-B.

SIGNED on July 30, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge